**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN CLIFFORD GEORGE, | ) NO. CV 08-6632-RGK (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WARDEN WOODRING, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: October 16, 2008

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE